IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANSON CHI, | : | Civil No. 1:24-CV-00928 |
| Plaintiff, | : | |
| v. | : | |
| UNITED STATES OF AMERICA, | : | |
| Defendant. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 17th day of November 2025, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT:**

1. Plaintiff's motion for reconsideration, Doc. 97, is **GRANTED**.

2. The Clerk of the Court is directed to **REOPEN** the above captioned action.

3. All constitutional challenges raised in the second amended complaint, Docs. 84, 84-1, are **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915A.

4. Defendant will answer the second amended complaint, Docs. 84, 84-1, by **December 14, 2025**.

5. Plaintiff's motion for a stay, Doc. 99, is **DENIED**.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania